UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

VS.                                           CASE NO. 5:21-cr-33-JA-PRL

JELYSSA RENEA
WASHINGTON

ORDER

Before the Court is Defendant Jelyssa Renea Washington's motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). (Doc. 439). Washington seeks a sentence reduction under Amendment 821 to the Sentencing Guidelines, which applies to certain zero-point offenders and limits the use of status points. *See United States v. Arroyo-Mata*, 730 F. Supp. 3d 1323, 1323 (N.D. Ga. 2024) (stating that Amendment 821 "provides a two-offense level reduction for defendants with zero criminal history points"); *see also United States v. Vente-Orobio*, No. 19-20042-CR, 2024 WL 1016110, at *2 (S.D. Fla. Mar. 8, 2024) (denying motion for compassionate release pursuant to Amendment 821 because the defendant was not a zero-point offender and was not assessed any status points).

The Federal Public Defender, who was appointed for this proceeding, submits a memorandum (Doc. 444), detailing that Washington is ineligible for

a sentence reduction under this amendment because she "was assessed one or more criminal history points and was not assessed status points." (*Id.* at 2). Indeed, at the time of sentencing, Washington's criminal history score of seven resulted in a criminal history category of IV. (Doc. 440 at 21). Her criminal history score did not include any status points. Thus, Washington is ineligible for a sentence reduction under Amendment 821 because she is not a zero-point offender and she did not receive any status points.

Accordingly, Washington's motion for a sentence reduction (Doc. 439) is **DENIED**.

**DONE** and **ORDERED** on September 24, 2025.

                                            JOHN ANTOON II
                                            United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
Jelyssa Renea Washington
Counsel for Defendant